01
02
03
04
05
06
07
08
09
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10-MJ-456 |
| | ) | |
| Plaintiff, | ) | ORDER DENYING STIPULATED |
| | ) | MOTION TO EXTEND TIME |
| v. | ) | TO FILE INDICTMENT |
| | ) | |
| WILLIAM ROBERT HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 10, 2011, the parties to the above-captioned matter filed a Stipulated Motion for Extension of Time to File Indictment. Dkt. 19.  The motion argues that granting a continuance would satisfy the "interests of justice" by providing defense counsel additional time to investigate the matter "with a view to resolving this case" short of trial. *Id.* at 2.

Congress, however, "did not intend the 'ends of justice' exclusion to be granted as a matter of course but rather [intended it] to be used sparingly and only when necessary." *United States v. Lewis*, 980 F.2d 555, 560 (9th Cir. 1992).  Hence, an "ends of justice" exclusion may be granted only for a specific duration when "justified [on the record] with reference to the facts as of the time the delay is ordered." *United States v. Ramirez-Cortez*, 213 F.3d 1149, 1154 (9th Cir. 2000) (internal quotations and emphasis omitted).  Generalized assertions that the "ends of justice" will be satisfied by the granting of a continuance are

ORDER DENYING STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT
PAGE – 1

insufficient. *Id.* at 1154-55.

   Here, the parties have provided no evidence, nor adduced any facts from the record sufficient to justify granting a continuance. The parties' vague assertions that "the interests of justice, for the public and the defendant, will be served" if defense counsel is granted additional time to investigate "with a view to resolving this case" are insufficient to justify a continuance. The parties' motion is therefore DENIED.

   DATED this 11th day of February, 2011.

/s/ James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

ORDER DENYING STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT
PAGE – 2